PAULINE R. GRUHIN v. CERAMI CONSTRUCTION CO.

October 4, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. THEODORE MOLNAR.

October 4, 1978. Petition for certification denied. (See 161 *N. J. Super.* 424)

STATE OF NEW JERSEY v.
GEORGE LOUIS DE LOS SANTOS.

October 4, 1978. Petition for certification denied.

IN THE MATTER OF THE PETITION OF PUBLIC SERVICE ELECTRIC AND GAS COMPANY FOR A DETERMINATION PURSUANT TO *N. J. S. A.* 40:55–50 THAT THE USE OF CERTAIN LANDS IN THE TOWNSHIP OF SCOTCH PLAINS, *ET AL.*, ETC.

October 4, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD H. GLAS, JR.

October 4, 1978. Petition for certification granted.